IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | CV 23-67-BLG-SPW-KLD |
| Plaintiff, | ORDER |
| vs. | |
| SKY FEDERAL CREDIT UNION, | |
| Defendant. | |

Plaintiff moves for the admission of Joseph A. Nilan to practice before this Court in this case with Gerry Fagan to act as local counsel. Mr. Nilan's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Joseph A. Nilan pro hac vice is GRANTED on the condition that Mr. Nilan shall do his own work. This means that Mr. Nilan must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Nilan may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Nilan.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Nilan, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 21st day of June, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge